JS-6

FILED
CLERK, U.S. DISTRICT COURT

8/26/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOUGHTFUL MEDIA GROUP, INC., | Case No. CV 18-3306 FMO (MRWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARK INGROUILLE, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT plaintiff Thoughtful Media Group, Inc. shall recover, jointly and severally, damages in the amount of eleven million dollars ($11,000,000) and no cents against defendants Mark Ingrouille, Le Ngoc Linh, and Tran Trung Kien.

Dated this 26th day of August, 2019.

/s/
Fernando M. Olguin
United States District Judge